UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS RALPH
GARREN,

        Plaintiff,

v.

CORIZON HEALTH CARE
and SARITHRI KAKAITI,

        Defendants.
_____/

Case No. 3:21-cv-11365
District Judge Robert H. Cleland
Magistrate Judge Anthony P. Patti

**ORDER REGARDING PLAINTIFF'S SEPTEMBER 2021 LETTER**
**(ECF No. 7)**

Douglas Ralph Garren is currently incarcerated at the Michigan Department of Corrections (MDOC) Gus Harrison Correctional Facility (ARF) in Adrian, Michigan. On May 12, 2021, while located at ARF, Plaintiff filed the instant lawsuit *in pro per* against Defendants Corizon Health Care and Sarithri Kakaiti, P.A. based on alleged denial of proper medical treatment from February 2021 to May 2021 while in MDOC custody.

Judge Cleland has referred this case to me for pretrial matters. (ECF No. 13.) Currently before the Court is Plaintiff's September 2021 letter, which he submitted while his case was going through the *Pro Se* Prisoner Mediation Program. (ECF Nos. 5, 7, 8.) Plaintiff seeks to copy more than 210 pages of

medical records – dated March 2017 to December 2019 – that he wishes to send to Assistant Attorney General Allan J. Soros or this Court.  (ECF No. 7, PageID.43.)  However, he claims that the prison's law librarian is asking for something in writing from the Court before she will make the copies and that his attempt to seek assistance from his counselor had the same outcome.  (*Id.*)

Plaintiff claims these records are "100% of [his] complaint . . . ."  (*Id.*)  Upon consideration, Plaintiff's request for "something in writing for copies pertaining to this case[,]" (*id.*), is **DENIED WITHOUT PREJUDICE**.  Pursuant to the scheduling order entered this date, the parties have until April 15, 2022 by which to complete discovery.  During this time, the parties' requests to exchange information will be governed by Fed. Rules Civ. P. 26-37.  As for Plaintiff's request to copy documents, the parties can discuss:  (1) if Plaintiff lacks sufficient funds, whether Plaintiff is entitled to a loan to purchase photocopies of legal documents; and, (2) whether the requested copies are necessary.  *See* MDOC PD 04.02.105 ("Prisoner Funds") ¶ Z(4), MDOC PD 05.03.116 ("Prisoners' Access to the Courts") ¶¶ N-P.

Dated:   October 14, 2021

_____
ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE