**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DOUGLAS RALPH GARREN,

    Plaintiff,

v.                                        CASE NO: 21-CV-11365

CORIZON HEALTH CARE and
SARITHRI KAKAITI,

    Defendants.
                                  /

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

    This matter was referred to United States Magistrate Anthony P. Patti pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1.  In his report filed on October 11, 2022, the magistrate judge recommended that this court dismiss Plaintiff's complaint consistent with Fed.R.Civ.P.41, which action would also extinguish Defendants' pending motion for summary judgment  [Dkt #20]. No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

    The Court ADOPTS the Report and Recommendation for purposes of this Order.

    Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's complaint is

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

DISMISSED for failure to prosecute consistent with Rule 41(b). Defendants' motion for summary judgment [Dkt #20] is TERMINATED AS MOOT.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  November 10, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 10, 2022, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (810) 292-6522